IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JULIE STIEBRITZ,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-02755

Judge Jorge L. Alonso

Magistrate Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | yidushiwajiushangmaodian |
| 2 | zixiangco |
| 4 | TopPerfekt |
| 13 | Shouwu Shop |
| 15 | Rcsocko |
| 16 | BOHO DECO |
| 25 | BJ Premium Pillow Cover |
| 26 | Burnt Flower Shop |
| 27 | Wall Art Home |
| 32 | Happy Stationery Shop |
| 35 | Preferred Carpet Home |
| 36 | Silky Soft Carpet |
| 37 | Happiness carpet |
| 38 | Awesome Selection - Seven Star Deer Home Fabric |
| 40 | Boutique Strength Shop |
| 42 | Strong Overlord Shop |
| 45 | Cutie Pie Rugs |
| 46 | Winxuan |
| 47 | winshare Books |

DATED: April 20, 2025  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 20, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt